UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1263
_____

CHUNLONG LIN, a/k/a Chung Rong Lin, a/k/a Chungpong Lin
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES

_____

On Petition for Review of an Order of the
Board of Immigration Appeals
(Agency No. A099-670-042)
Immigration Judge: Honorable Susan G. Roy
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
August 1, 2014
Before: FISHER, VANASKIE and ALDISERT, <u>Circuit</u> <u>Judges</u>
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the Board of Immigration Appeals and was submitted pursuant to Third Circuit LAR 34.1(a) on August 1, 2014. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the petition for review is denied. Costs will be taxed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

DATED:     August 6, 2014

Certified as a true copy and issued in lieu of a formal mandate on September 29, 2014

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**